IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80007 WHA

IN THE MATTER OF

Donald Mah – #158045

**ORDER OF SUSPENSION**

Because Donald Mah has failed to respond to the order to show cause, Mr. Mah's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   April 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE