IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Donald Mah – #158045

                                              /

No. C 13-80007 WHA

**ORDER OF SUSPENSION**

      Because Donald Mah has failed to respond to the order to show cause, Mr. Mah's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: April 8, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE